# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | |
| HERLINDA HINOJOSA and | : | CRIMINAL ACTION NO. |
| CARMEN MORALES, | : | 2:14-CR-00038-RWS |
| | : | |
| Defendants. | : | |
| | : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [82] of Magistrate Judge J. Clay Fuller. After reviewing the Report and Recommendation and Defendant Hinojosa's Objections [85] thereto, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court.

The Court has reviewed *de novo* the recommendations in light of Defendant's Objections. The Court agrees with the recommendations based upon the reasoning set out in the Report and Recommendation. Accordingly, the Objections are overruled and Defendant Hinojosa's Motion to Suppress Evidence [31], Defendant Hinojosa's Motion to Suppress Statements [32], and

Defendant Hinojosa's Motion for Consolidation or to Dismiss [33] are **DENIED**. Defendant Morales' Motion to Sever [48] is **DENIED**, **AS MOOT**, with leave to refile if circumstances warrant such a motion.

   **SO ORDERED** this   5th   day of March, 2015.


   _____
   **RICHARD W. STORY**
   United States District Judge